IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALI KANONGATAA,<br><br>Plaintiff,<br><br>v.<br><br>CBS BROADCASTING INC., CBS RADIO INC., CBS INTERACTIVE INC., AND MICROSOFT CORPORATION,<br><br>Defendants. | Civil Action No.: 16-cv-07421-PGG<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>ECF Case |

IT IS HEREBY STIPULATED AND AGREED, by and among plaintiff Kali Kanongataa and defendants CBS Broadcasting Inc., CBS Radio Inc., CBS Interactive Inc., and Microsoft Corporation, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

Dated: November 22, 2016

_Richard P. Liebowitz_
Richard P. Liebowitz
LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Kali Kanongataa*

_Laurence F. Pulgram_
Laurence F. Pulgram
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

*Attorneys for Defendants CBS Broadcasting Inc., CBS Radio Inc., CBS Interactive Inc., and Microsoft Corporation*

SO ORDERED
_____ Date: 11/28/16
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-28-2016